### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES COLEMAN CONNOR<br><br>Plaintiff<br><br>vs.<br><br>PRINCIPAL LAW GROUP L.L.P.<br><br>Defendant | Case No. 1:23-cv-00438-CKK<br><br>JUDGE COLLEEN KOLLAR-KOTELLY<br><br><br>**JOINT DISCOVERY PLAN** |

  Plaintiff James Coleman Connor ("Plaintiff") and Defendant Principal Law Group L.L.P. ("Defendant") hereby submit the following joint discovery plan pursuant to this Court's Order. As explained in the Defendant's forthcoming motion to bifurcate discovery, the parties have a disagreement about whether or not discovery should be bifurcated. Until that scope of discovery issue is decided, the parties are unable to serve 30(b)(6) topics or set deposition dates. However, the Plaintiff has already served first- and third-party discovery and the Defendant anticipates responding to that discovery voluntarily with respect to the Plaintiff's individual claim within the next 30 days. After the Court issues a decision on the Defendant's bifurcation motion, the parties will set further depositions and supplement their discovery responses.

  With respect to ESI, the parties have discussed their preferences for the format of production and will continue to do so as documents come due to be produced.

Dated: June 17, 2023                                   Respectfully submitted,

                                                                    /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Meredith Kinner, D.C. Bar #1024953
Managing Member
Kinner & McGowan, PLLC
413 East Capital St. SE
Washington, DC 20003
(202) 846-7148
mkinner@kinnermcgowan.com

*Counsel for Plaintiff and the putative classes*

**Benesch, Friedlander, Coplan & Aronoff LLP**

*/s/ David M. Krueger*
Emily Newhouse Dillingham (Bar No. IL0043)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:    312.212.4949
Facsimile:    312.767.9192
Email: edillingham@beneschlaw.com

David M. Krueger (*pro hac vice*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:    216.363.4500
Facsimile:    216.363.4588
Email:        dkrueger@beneschlaw.com

Vincent J. Michalec (*pro hac vice*)
41 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone:    216.363.4500
Facsimile:    216.363.4588
Email: vmichalec@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLP*