# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY COLEMAN CONNOR<br><br>Plaintiff<br><br>vs.<br><br>PRINCIPAL LAW GROUP L.L.P.<br><br>Defendant | Case No. 1:23-cv-00438-CKK<br><br>JUDGE COLLEEN KOLLAR-KOTELLY |

## AFFIDAVIT OF ANDREW PERRONG

1. I, Andrew Perrong, am over the age of eighteen and, if called to testify in this action, could state the following.

2. In May of 2021, I received a pre-recorded phone call that was soliciting for clients related to Roundup products liability litigation and I received three follow up calls from Paige Comer, a paralegal at the Principal Law Group.

3. The number I received the calls on had long since been on the National Do Not Call Registry.

4. I wrote the Principal Law Group an e-mail about the calls, in response Principal Law Group stated that they had a "webform" (a visit to the website) that led to the calls.

5. I made no such visit and Principal Law Group never produced any evidence that such a visit occurred.

Executed under the pains and penalties of perjury at \_\_\_Jenkintown\_\_\_, Pennsylvania this 17th day of August, 2023.

DocuSigned by:

*Andrew Perrong*
9A31FD2CC91D429...

_____
Andrew Perrong