## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY COLEMAN CONNOR<br><br>Plaintiff<br><br>vs.<br><br>PRINCIPAL LAW GROUP L.L.P.<br><br>Defendant | Case No. 1:23-cv-00438-CKK<br><br>JUDGE COLLEEN KOLLAR-KOTELLY |

### AFFIDAVIT OF JAY COLEMAN CONNOR

1. I, Jay Coleman Connor, am over the age of eighteen and, if called to testify in this action, could state the following.

2. I am the plaintiff in this lawsuit.

3. My telephone number, (843) 281-XXXX, is a cellular telephone registered on the National Do Not Call Registry and has been continuously for many months prior to the calls at issue.

4. However, I received a pre-recorded call on November 10, 2022 that had the following pre-recorded message:

> Marines, their families and citizens stationed at Camp Lejeune have suffered catastrophic medical conditions due to contaminated water resources. If you or a loved one, were stationed, visit, or worked at Camp Lejeune between 1954 and 1988 and have been diagnosed with a major medical condition, press one.

- 2 -

5. I have never submitted any request through https://principallawgroup.com/lawsuit-consultation-dc-contact-us/.

6. Indeed, after the pre-recorded message, I spoke with an individual who said that they were going to "submit a form online and once one of our lawyers review it, they'll call you".

7. As such, it appears that the form submitted online was done by the Defendant, or some company acting on its behalf.

Executed under the pains and penalties of perjury at Charleston, South Carolina this 17th day of August, 2023.

*Jay Connor*
2AB4B252A954425...
_____
James Coleman Connor