IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY COLEMAN CONNOR, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 1:23-cv-00438-CKK |
| PRINCIPAL LAW GROUP, LLP, | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| Defendant. | : | |

**STATUS REPORT**

Pursuant to the Court's Minute Order of February 27, 2024, Principal Law Group, LLP, ("PLG") submits the following as its Status Report regarding its efforts to obtain new counsel.

Since the Court's Order PLG has been in communication with two law firms who expressed interest in potentially providing representation. One attorney who currently represents PLG in another matter but ultimately did not feel he could be of assistance in a TCPA case. The second represents a colleague in an unrelated case i/f/o this court. Said attorney brought in an experienced TCPA attorney as potential co-counsel. After conferring, these attorneys felt that given the resources needed to defend this case they could not commit at this time. PLG can provide the names and contact information for these attorneys should the court desire/require.

PLG understands the Court has previously granted extensions and the Court desires this case to move forward. However, PLG desires to continue to contact qualified attorneys and hopes it will be able to identify new representation and proceed with this litigation within the next thirty (30) days. For these reasons, PLG respectfully requests this Court grant PLG an additional thirty (30) days in which to identify replacement counsel.

Respectfully submitted,

1

/s/ David B. Vermont

David B. Vermont
PRINCIPAL LAW GROUP
20 F Street, 7th Floor
Washington, DC 20001
Telephone: (855) 755-4754
Email: dvemont@PrincipalLawGroup.com
*Counsel for Principal Law Group, LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2024, the foregoing Status Report was filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ David B. Vermont

                                              Counsel for Principal Law Group, LLP