IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY COLEMAN CONNOR, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 1:23-cv-00438-CKK |
| PRINCIPAL LAW GROUP, LLP, | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 14, 2024, the parties submit the following Joint Status Report regarding Defendant's efforts to obtain new counsel and how to proceed going forward.

As per the Court's Order, the parties have consulted and Defendant has conveyed to Plaintiff the difficulties they have had in obtaining new counsel at this time. During these discussions, the parties agreed that they should mediate this matter and have preliminarily agreed on Hon. David Jones (Ret.) as a mediator and will mediate on July 11, 2024, or as soon thereafter as is mutually convenient. Furthermore, an attorney representing Defendant, solely for the purpose of mediation, will be entering the case and seek *pro hac vice* admission forthwith. Defendant, will continue to search for trial counsel.

Respectfully submitted,

| | |
|---|---|
| */s/ David B. Vermont* | */s/ Anthony Paronich* |
| David B. Vermont | Anthony Paronich |
| PRINCIPAL LAW GROUP | Paronich Law, P.C. |
| 20 F Street, 7th Floor | 350 Lincoln Street, Suite 2400 |
| Washington, DC 20001 | Hingham, MA 02043 |
| Telephone: (855) 755-4754 | [o] (617) 485-0018 |
| Email: dvemont@PrincipalLawGroup.com | [c] (508) 221-1510 |
| *Principal Law Group, LLP* | [f] (508) 318-8100 |
| | anthony@paronichlaw.com |
| | *Counsel for Plaintiff* |