# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY COLEMAN CONNOR,<br><br>        Plaintiff,<br><br>    v.<br><br>PRINCIPAL LAW GROUP L.L.P.,<br><br>        Defendant. | Civil Action No. 23-0438 (CKK) |

## ORDER
(November 4, 2024)

In light of Plaintiff Jay Coleman Connor's [36] Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED**.

Dated: November 4, 2024

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge